ORIGIN

Approved: _____
DOMINIC A. GENTILE
Assistant United States Attorney

Before:   HONORABLE DEBRA FREEMAN
United States Magistrate Judge
Southern District of New York

20 MAG 0031 2

- - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :    SEALED COMPLAINT
                               :
                               :    Violations of 18 U.S.C.
              -v.-             :    §§ 371, 922(a)(1)(A),
                               :    922(g)(1), and 2.
                               :
VICTOR MAISONET, and           :
MEGAN MAISONET,                :    COUNTY OF OFFENSE:
                               :    BRONX & MANHATTAN
            Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

KERRI JOHNSON, being duly sworn, deposes and says that she is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and charges as follows:

**COUNT ONE**
(Firearms Trafficking Conspiracy)

1. From at least in or about July 2019 up to and including in or about January 2020, in the Southern District of New York and elsewhere, VICTOR MAISONET and MEGAN MAISONET, the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, trafficking in firearms in violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was a part and object of the conspiracy that VICTOR MAISONET and MEGAN MAISONET, the defendants, and others known and unknown, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, would and did willfully and knowingly engage in the business of dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign

commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

<u>Overt Acts</u>

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about July 15, 2019, VICTOR MAISONET and MEGAN MAISONET sold a loaded Taurus PT 111 9MM semi-automatic pistol to an undercover law enforcement agent ("UC-1") in the Bronx, New York in exchange for $800.

    b. On or about July 24, 2019, VICTOR MAISONET, and MEGAN MAISONET sold a loaded Smith & Wesson .40 caliber semi-automatic pistol to UC-1 in the Bronx, New York in exchange for $750.

    c. On or about October 18, 2019, VICTOR MAISONET and MEGAN MAISONET sold three loaded firearms, a Springfield .45 caliber semi-automatic pistol, a Ruger .45 caliber semi-automatic pistol, and a Smith & Wesson 9MM semi-automatic pistol, to UC-1 in New York, New York in exchange for $2,950.

(Title 18, United States Code, Section 371.)

**COUNT TWO**
(Firearms Trafficking)

4.    From at least in or about July 2019 up to and including in or about January 2020, in the Southern District of New York and elsewhere, VICTOR MAISONET and MEGAN MAISONET, the defendants, not being licensed importers, licensed manufacturers, and licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, and did aid and abet the same, to wit, VICTOR MAISONET and MEGAN MAISONET illegally sold firearms in the Bronx, New York.

(Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

2

## COUNT THREE
(Felon in Possession of a Firearm)

5.    On or about July 15, 2019, in the Southern District of New York and elsewhere, VICTOR MAISONET, the defendant, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, MAISONET possessed a Taurus PT 111 9MM semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT FOUR
(Felon in Possession of a Firearm)

6.    On or about July 24, 2019, in the Southern District of New York and elsewhere, VICTOR MAISONET, the defendant, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, MAISONET possessed a Smith & Wesson .40 caliber semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and the foregoing charges are, in part, as follows:

7.    I have been involved in the investigation of this matter, and I base this affidavit on that experience, as well as on my conversations with other law enforcement agents, and my examination of various reports and records. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

8.    In the course of this investigation, I have learned, among other things, the following:

a.    On or about July 14, 2019, VICTOR MAISONET ("V. MAISONET") called UC-1, and told UC-1 that he was in

possession of a loaded 9MM Taurus PT 111 pistol and offered to sell the firearm to UC-1 for $800. UC-1 arranged to meet V. MAISONET the following day to complete the transaction.

        b.   On or about July 15, 2019, UC-1 met with V. MAISONET, who was accompanied by MEGAN MAISONET ("M. MAISONET"), near the intersection of Williamsbridge Road and Silver Street in the Bronx. V. MAISONET and M. MAISONET arrived at the location in a green GMC Envoy. V. MAISONET was driving the car and M. MAISONET was seated in the front passenger seat. V. MAISONET parked next to UC-1's vehicle then exited the car, and retrieved a bag from the trunk. V. MAISONET and entered the front passenger seat of UC-1's vehicle, and removed a loaded Taurus PT 111 9MM semi-automatic pistol, two boxes of 9MM ammunition, and two additional magazines, all of which are pictured below, and handed them to UC-1 in exchange for $800. V. MAISONET exited UC-1's car and handed M. MAISONET, who was still sitting in the front passenger seat of the GMC Envoy, the $800.



        c.   From in or about July 19, 2019 through in or about July 24, 2019, UC-1 had several phone conversations with V. MAISONET, who told UC-1 that he was in possession of a loaded .40 caliber Smith & Wesson pistol that he was willing to sell UC-1 for $750. UC-1 arranged to meet V. MAISONET on July 24, 2019 to complete the transaction.

        d.   On or about July 24, 2019, UC-1 met with V. MAISONET, who was accompanied by M. MAISONET, near the intersection

of Williamsbridge Road and Silver Street in the Bronx. V. MAISONET and M. MAISONET arrived at the location in a green GMC Envoy. M. MAISONET was driving the car and V. MAISONET was seated in the front passenger seat. M. MAISONET parked the vehicle alongside UC-1's car. V. MAISONET exited his vehicle and removed a black plastic bag from the rear seat of his car and entered the front passenger seat area of UC-1's car. V. MAISONET removed a silver .40 caliber Smith & Wesson semi-automatic pistol and a box of .40 caliber ammunition (both pictured below) from the plastic bag and handed them to UC-1 in exchange for $750.



       e.  From in or about October 13, 2019 through in or about October 18, 2019, UC-1 had several phone conversations with V. MAISONET who told UC-1 that he was in possession of three loaded firearms with additional magazines that he was willing to sell UC-1 for $2,950. On October 17, 2019, V. MAISONET sent UC-1 a text message with a photo of two of the three firearms and magazines. UC-1 arranged to meet V. MAISONET on October 18, 2019 to complete the transaction.

       f.  On or about October 18, 2019, UC-1 drove to the area of West 181st Street and Broadway in Manhattan. Shortly thereafter, M. MAISONET arrived at the location on foot and entered the front passenger area of UC-1's vehicle carrying a black bag. M. MAISONET handed UC-1 the bag, which contained three loaded firearms (pictured below), including a .45 caliber Springfield Armory semi-automatic pistol with a defaced serial number, a .45 caliber Ruger semi-automatic pistol with 115 rounds of additional

ammunition, and a 9MM Smith & Wesson semi-automatic pistol in exchange for $2,950.



g.    Based on my participation in this investigation, my conversations with other law enforcement agents, including an ATF agent who is familiar with the manufacturing of firearms, I know that all five of the firearms sold to UC-1 by VICTOR MAISONET and MEGAN MAISONET, the defendants, were not manufactured in New York State.

9.    I have reviewed criminal history records pertaining to VICTOR MAISONET, the defendant, which show that V. MAISONET was convicted on or about September 27, 2012, in Bronx County Supreme Court, of criminal possession of a firearm in the third degree, in violation of New York Penal Law § 265.02, a class D felony, which is punishable by term of imprisonment of more than one year. V. MAISONET was sentenced to a term of imprisonment of thirty months.

a.    The criminal history records further show that V. MAISONET was convicted on or about June 17, 2010, in Bronx County Supreme Court, of attempted criminal possession of a weapon in the second degree, in violation of New York Penal Law § 265.01, a class D felony, which is punishable by term of imprisonment of more than one year. V. MAISONET was sentenced to a term of imprisonment of two years.

WHEREFORE, deponent respectfully requests that warrants be issued for the arrest of VICTOR MAISONET, and MEGAN MAISONET, the defendants, and that they be imprisoned or bailed, as the case may be.

KERRI JOHNSON
Special Agent, ATF

Sworn to before me this
10th day of January, 2020

HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK